1  KATHLEEN E. HEGEN, ESQ. (SBN 104522)
   Lewis Brisbois Bisgaard & Smith LLP
2  One Sansome Street, Suite 1400
   San Francisco, CA 94104
3  Tel: (415) 438-6656
   <u>Attorneys for Plaintiff</u>
4
   DAVID W. WESSEL, ESQ. (SBN 115222)
5  Coddington, Hicks & Danforth
   555 Twin Dolphin Drive, Suite 300
6  Tel: (650) 592-5400
   <u>Attorneys for Defendant Julie Figueroa</u>
7
   ROBERT L. MEZZETTI II, ESQ. (SBN 114282)
8  MEZZETTI LAW FIRM, INC.
   31 East Julian Street
9  San Jose, CA 95112
   Tel: (408) 279-8400
10 <u>Attorneys for Defendant Juan Escamilla individually and dba Wilson's Tire Service</u>

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA
                            (San Jose Division)
14                                                    *E-FILED - 7/5/07*

15 AMERICAN HARDWARE MUTUAL           )  Case No.: C07-01545-RMW
   INSURANCE COMPANY,                 )
16                                    )
                Plaintiff,            )  STIPULATION AND [xxxxxxxxxxxx]
17                                    )  ORDER SELECTING ADR PROCESS
        v.                            )
18                                    )
   JUAN ESCAMILLA, individually and   )
19 doing business as WILSON'S TIRE    )
   SERVICE, et al.,                   )
20                                    )
                Defendants.           )
21 _____)

22

23     Counsel report that they have met and conferred regarding ADR and have reached the

24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

25     The parties agree to participate in the following ADR process:

26     **Court Processes:**
       ☐   Non-binding arbitration (ADR L.R. 4)
27     ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
       X   Mediation (ADR L.R. 6)
28

4837-8948-1473. 1                                                                    1.

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice for Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
☐   Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by
☐   The presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐   Other requested deadline _____

Date: June   , 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Kathleen E. Hegen_
KATHLEEN E. HEGEN, ESQ.
Attorneys for Plaintiff
AMERICAN HARDWARE MUTUAL
INSURANCE COMPANY

Date: June 27, 2007

CODDINGTON HICKS & DANFORTH

_/s/ David W. Wessel_
DAVID W. WESSEL, ESQ.
Attorneys for Defendant
JULIE FIGUEROA

Date: June 21, 2007

MEZZETTI LAW FIRM INC.

_/s/ Robert L. Mezzetti II_
ROBERT L. MEZZETTI II, ESQ.
Attorneys for Defendant
JUAN ESCAMILLA dba WILSON'S TIRE SERVICE

[XXXXXXXXXXXX] **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR Session

- ☒ 90 days from the date of this order.
- ☐ Other _____

IT IS SO ORDERED.

Dated: 7/5/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

4837-8948-1473.1