**E-filed:** **3/27/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HARDWARE MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>JUAN ESCAMILLA INDIVIDUALLY AND DBA WILSON'S TIRE SERVICE and JULIE FIGUEROA, INCLUSIVE,<br><br>Defendants. | No. C-07-01545 RMW<br><br>ORDER GRANTING STAY OF DISCOVERY AND SETTING CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket No. 35]** |

American Hardware Mutual Insurance Company ("American Hardware") moves for a protective order to stay discovery on Juan Escamilla and Julie Figueroa's claims for bad faith and punitive damages until various legal issues are potentially resolved on summary judgment. On the date of the hearing on American Hardware's motion, American Hardware filed the allegedly dispositive motion for summary judgment.

At the hearing, the court ordered the parties appear for a case management conference on April 18, 2008 at 10:30. The parties are to file a case management statement by April 11, 2008 explaining what, if any, discovery is needed for Escamilla and Figueroa to file their oppositions to American Hardware's motion for summary judgment and how much discovery Escamilla and

1  Figueroa intend to conduct.  In the meantime, the court finds that avoiding the expense of potentially

2  unnecessary discovery constitutes good cause for issuing a protective order staying discovery on the

3  bad faith and punitive damages claims until the case management conference on April 18, 2008.

5  DATED:   3/26/2008

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been e-mailed to:**

**Counsel for Plaintiff:**

Robert A. Ford            ford@lbbslaw.com
Rene I. Gamboa            gamboa@lbbslaw.com
Kathleen Elizabeth Hegen  HEGEN@lbbslaw.com

**Counsel for Defendants:**

Robert Louis Mezzetti , II   rob@mezzettilaw.com
David Walter Wessel          dwessel@chdlawyers.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/27/08                                    TSF
                                               **Chambers of Judge Whyte**