| | |
|---|---|
| 1 | KATHLEEN E. HEGEN, SBN 104522 |
|   | Email: hegen@lbbslaw.com |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | One Sansome St., Suite 1400 |
| 3 | San Francisco, CA  94104 |
|   | Tel:   415.362.2580 |
| 4 | Fax:  415.434.0882 |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 5 | AMERICAN HARDWARE MUTUAL |
|   | INSURANCE COMPANY |

*E-FILED - 10/9/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HARDWARE MUTUAL INSURANCE COMPANY, | ) CASE NO.  C07 01545 RMW |
|  | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR AMERICAN HARDWARE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | ) |
| JUAN G. ESCAMILLA individually and dba WILSON'S TIRE SERVICE and JULIE FIGUEROA, inclusive, | ) Date:  October 10, 2008 |
|  | ) Time:  9:00 a.m. |
|  | ) Dept.  Courtroom 6, 4th Floor |
| Defendants. | )         [Hon. Ronald M. Whyte] |
| AND RELATED COUNTERCLAIMS. | ) |

The parties, by and through their respective counsel, hereby stipulate to continue the hearing date for American Hardware Insurance Company's Motion for Partial Summary Judgement. The hearing on the motion, currently scheduled for October 10, 2008 at 9:00 a.m. in Department 6, is to be rescheduled to October 17, 2008 at 9:00 a.m. in Department 6.  Responsive pleading deadlines will track with the new hearing date in accordance with the USDC ND Local Rules.

Dated: September 10, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:___/s/ Kathleen E. Hegen_____
     Kathleen E. Hegen, Esq.
     Attorneys for Plaintiff and Counter-Defendant
     AMERICAN HARDWARE MUTUAL
     INSURANCE COMPANY

4816-5630-7458.1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON AMERICAN HARDWARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT   C07 01545 RMW

| | | |
|---|---|---|
| 1 | Dated: September 11, 2008 | CODDINGTON, HICKS & DANFORTH |
| 2 | | |
| 3 | | By: /s/ David W. Wessel |
| 4 | | David W. Wessel, Esq. |
| 5 | | Attorney for Defendant JULIE FIGUEROA |
| 6 | Dated: September 10, 2008 | MEZZETTI LAW FIRM, INC. |
| 7 | | |
| 8 | | By: /s/ |
| 9 | | Robert L. Mezzetti, II, Esq. Caitlin G. Whitwell, Esq. |
| 10 | | Attorneys for Defendant JUAN G. ESCAMILLA, individually and dba |
| 11 | | WILSON'S TIRE SERVICE |

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 10/9/08

/s/ Ronald M. Whyte
Hon. Ronald M. Whyte
JUDGE OF THE UNITED STATES
DISTRICT COURT