| | |
|---|---|
| 1 | ROBERT L. MEZZETTI II, 114282 |
| | CAITLIN G. WHITWELL, 238013 |
| 2 | MEZZETTI LAW FIRM, INC. |
| | 31 East Julian Street |
| 3 | San Jose, California 95112 |
| | (408) 279-8400 |
| 4 | |
| | Attorney for Defendant/Counter-Claimant |
| 5 | JUAN G. ESCAMILLA, individually |
| | and dba WILSON'S TIRE SERVICE |

*E-FILED - 3/4/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN HARDWARE MUTUAL INSURANCE COMPANY, | CASE NO. C07 01545 RMW |
| Plaintiff, | STIPULATION AND [ XXXXXX ] ORDER CONTINUING HEARING DATE FOR AMERICAN HARDWARE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| JUAN G. ESCAMILLA individually and dba WILSON'S TIRE SERVICE and JULIE FIGUEROA, inclusive, | Date: April 30, 2010<br>Time: 9:00 a.m.<br>Dept. Courtroom 6, 4th Floor<br>[Hon. Ronald M. Whyte] |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

The parties, by and through their respective counsel, hereby stipulate to continue the hearing date for American Hardware Insurance Company's Motion for Partial Summary Judgement. The hearing on the motion, currently scheduled for March 19, 2010 at 9:00 a.m. in Courtroom 6, is to be rescheduled to April 30, 2010 at 9:00 a.m. in Courtroom 6. Responsive pleading deadlines will track with the new hearing date in accordance with the USDC ND Local Rules.

Dated: February 26, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Kathleen E. Hegen, Esq.
Attorneys for Plaintiff and Counter-Defendant
AMERICAN HARDWARE MUTUAL
INSURANCE COMPANY

4849-1126-3493.1

STIPULATION AND XXXXXXX ] ORDER CONTINUING HEARING ON AMERICAN HARDWARE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT C07 01545 RMW

| | | |
|---|---|---|
| 1 | Dated: February ___, 2010 | CODDINGTON, HICKS & DANFORTH |
| 2 | | |
| 3 | | By: _____ |
| 4 | | David W. Wessel, Esq.<br>Attorney for Defendant<br>JULIE FIGUEROA |
| 5 | Dated: February 26, 2010 | MEZZETTI LAW FIRM, INC. |

Dated: February ___, 2010        CODDINGTON, HICKS & DANFORTH

By: _____
    David W. Wessel, Esq.
    Attorney for Defendant
    JULIE FIGUEROA

Dated: February 26, 2010        MEZZETTI LAW FIRM, INC.

By: _____
    Robert L. Mezzetti, II, Esq.
    Attorneys for Defendant
    JUAN G. ESCAMILLA, individually and dba
    WILSON'S TIRE SIRVICE

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____        _____
    Hon. Ronald M. Whyte
    JUDGE OF THE UNITED STATES
    DISTRICT COURT

4849-1126-3493.1

2

STIPULATION AND XXXXXXXX ] ORDER CONTINUING HEARING ON AMERICAN HARDWARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT C07 01545 RMW

| | | |
|---|---|---|
| 1 | Dated: February __, 2010 | CODDINGTON, HICKS & DANFORTH |
| 2 | | |
| 3 | | By: /s/ David W. Wessel |
| 4 | | David W. Wessel, Esq.<br>Attorney for Defendant |
| 5 | | JULIE FIGUEROA |
| 6 | Dated: February __, 2010 | MEZZETTI LAW FIRM, INC. |
| 7 | | |
| 8 | | By: _____<br>Robert L. Mezzetti, II, Esq. |
| 9 | | Attorneys for Defendant<br>JUAN G. ESCAMILLA, individually and dba<br>WILSON'S TIRE SIRVICE |

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 3/4/10

*Ronald M. Whyte*

Hon. Ronald M. Whyte
JUDGE OF THE UNITED STATES
DISTRICT COURT

4849-1126-3493.1

2

STIPULATION AND [XXXXXXX] ORDER CONTINUING HEARING ON AMERICAN HARDWARE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT C07 01545 RMW