```
 1  KATHLEEN E. HEGEN, ESQ. (SBN 104522)
    Lewis Brisbois Bisgaard & Smith LLP
 2  One Sansome Street, Suite 1400
    San Francisco, CA 94104
 3  Tel:  (415) 438-6656
    Attorneys for Plaintiff and Counter-defendant American hardware Mutual Insurance Company
 4
    R. WARDELL LOVELAND, ESG.(SBN 127736)
 5  DAVID W. WESSEL, ESQ. (SBN 115222)
    Coddington, Hicks & Danforth
 6  A Professional Corporation, Lawyers
    555 Twin Dolphin Drive, Suite 300
 7  Tel:  (650) 592-5400                                        *E-FILED - 6/23/10*
    Attorneys for Defendant and Counter-claimant Julie Figueroa
 8
 9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11                            (San Jose Division)
12
13  AMERICAN HARDWARE MUTUAL      )   Case No.:  C07-01545-RMW
    INSURANCE COMPANY,            )
14                                )
              Plaintiff,          )   STIPULATION AND []
15                                )   ORDER RE DISMISSAL WITH
         v.                       )   PREJUDICE
16                                )
    JUAN ESCAMILLA, individually and )
17  doing business as WILSON'S TIRE )
    SERVICE, et al.,              )
18                                )
              Defendants.         )
19                                )
```

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-defendant AMERICAN HARDWARE MUTUAL INSURANCE COMPANY ("AMERICAN HARDWARE") and Defendant and Counter-claimant JULIE FIGUEROA ("FIGUEROA"), through their respective counsel, that the Court enter an order of dismissal with prejudice of the Complaint in this action as to FIGUEROA and of JULIE FIGUEROA'S Counter-Claim as to AMERICAN HARDWARE .

///

///

1  SO STIPULATED.

2

3  Dated: June 18, 2010              LEWIS BRISBOIS BISGAARD & SMITH LLP

4                                    By: /s/ Kathleen E. Hegen
                                      Kathleen E. Hegen
5                                     Attorneys for Plaintiff and Counter-defendant
                                      AMERICAN HARDWARE MUTUAL INSURANCE
6                                     COMPANY

7

8  Dated: June 18, 2010              CODDINGTON, HICKS & DANFORTH

9                                    By: /s/ Wardell Loveland
                                      R. Wardell Loveland
10                                    Attorneys for Defendant and Counter-claimant
                                      JULIE FIGUEROA
11

12
                    []        **ORDER**
13
   The Court having duly considered the Stipulation, and good cause appearing therefore,
14
It is hereby ORDERED that:
15
   1. The Complaint in the above-entitled action be dismissed with prejudice as to
16
defendant JULIE FIGUEROA only; and
17
   2. JULIE FIGUEROA'S Counter Claims in the above-entitled action be dismissed with
18
prejudice as to counter-defendant AMERICAN HARDWARE MUTUAL INSURANCE
19
COMPANY.
20

21
IT IS SO ORDERED.
22

23
   Dated:  6/23/10                    _____
24                                    Honorable Ronald M. Whyte
                                      United States District Judge
25

26

27

28

4848-4827-8534.1                                                              2.
STIPULATION AND [] ORDER RE DISMISSAL WITH PREJUDICE