```
KATHLEEN E. HEGEN, ESQ. (SBN 104522)
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 438-6656
Attorneys for Plaintiff and Counter-defendant American hardware Mutual Insurance Company

ROBERT L. MEZZETTI II (SBN 114282)
Mezzetti Law Firm, Inc.
A Professional Corporation, Lawyers
31 East Julian St.
Tel: (408) 279-8400
Attorneys for Defendant and Counter-claimant Juan Escamilla
```

***E-FILED - 6/8/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| AMERICAN HARDWARE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ESCAMILLA, individually and doing business as WILSON'S TIRE SERVICE, et al.,<br><br>Defendants. | Case No.: C07-01545-RMW<br><br>**STIPULATION AND [XXXXXXXXXXXX ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-defendant AMERICAN HARDWARE MUTUAL INSURANCE COMPANY ("AMERICAN HARDWARE") and Defendant and Counter-claimant JUAN ESCAMILLA ("ESCAMILLA"), through their respective counsel, that the Court enter an order of dismissal with prejudice of the Complaint in this action and the remaining Counter-Claim of JUAN ESCAMILLA individually and dba WILSON'S TIRE SERVICE. This Stipulation shall result is a full and complete dismissal of this matter in its entirety.

///

SO STIPULATED.

Dated: May 31, 2011              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By: /s/ Kathleen E. Hegen
                                 Kathleen E. Hegen
                                 Attorneys for Plaintiff and Counter-defendant
                                 AMERICAN HARDWARE MUTUAL INSURANCE
                                 COMPANY

Dated: May 31, 2011,             MEZZETTI LAW FIRM, INC.
                                 By: /s/ Robert L. Mezzetti
                                 Attorneys for Defendant and Counter-claimant
                                 JUAN ESCAMILLA

[XXXXXXXXXX] **ORDER**

The Court having duly considered the Stipulation, and good cause appearing therefore, It is hereby ORDERED that:

1. The Complaint in the above-entitled action be dismissed with prejudice;

2. JUAN ESCAMILLA'S Counter Claims in the above-entitled action be dismissed with Prejudice; and

3. This action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   6/8/11

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge

4817-2982-6313.1                                                                 2.
STIPULATION AND [XXXXXXXXX] ORDER RE DISMISSAL WITH PREJUDICE